IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Bank of New York, as Indenture Trustee of the NextCard Credit Card Master Note Trust,<br><br>    Plaintiff,<br><br>    -against-<br><br>Federal Deposit Insurance Corporation, in its Capacity as Receiver for NextBank, N.A.,<br><br>    Defendant. | Case No. 03-CV-01221-ESH |

**CONSENT MOTION FOR BIFURCATION OF PROCEEDINGS**

The parties believe that bifurcation of the instant proceedings to allow for an initial determination by the Court of the question of liability and then, if necessary, a determination of damages, would promote the efficient resolution of the dispute. The parties propose to offer briefing to the Court in accordance with the previously entered scheduling order (dated February 2, 2006, Docket No. 53), with briefing confined to the issue of liability alone. Expert discovery related to damages shall be suspended. If the Court finds that Defendant is liable to Plaintiff, Plaintiff has agreed to consent to Defendant's request for permission to make interlocutory appeal on the issue of liability pursuant to 28 U.S.C. § 1292(b) while staying further proceedings before the district court on the determination of damages. Following all resolution of questions of liability, at this Court and on appeal, the parties will then brief the calculation of damages if Defendant is found to be liable, in accordance with a briefing schedule to be approved by the Court. The parties believe that this proposal promotes judicial economy and the

efficient resolution of this dispute by saving the considerable expense associated with arguing the case for damages, should the Court determine that Defendant is not liable.

Both parties consent to the relief requested, and submit herewith a proposed order for the Court's approval.

Respectfully submitted this 22d day of February, 2006.

/s/ Jack P. Smith III
Jack P. Smith III
Admitted pro hac vice
Alston & Bird LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Tel.: (404) 881-7000

Counsel for Plaintiff The Bank of New York, as Indenture Trustee of the NextCard Credit Card Master Note Trust

/s/ Scott H. Christensen
Scott H. Christensen
D.C. Bar No. 476439
Hughes Hubbard & Reed LLP
1775 I St., NW
Washington, DC 20006
Tel.: (202) 721-4600

Counsel for Defendant FDIC, in its Capacity as Receiver for NextBank, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Bank of New York, as Indenture Trustee of the NextCard Credit Card Master Note Trust,<br><br>Plaintiff,<br><br>-against-<br><br>Federal Deposit Insurance Corporation, in its Capacity as Receiver for NextBank, N.A.,<br><br>Defendant. | Case No. 03-CV-01221-ESH |

**ORDER GRANTING CONSENT MOTION FOR BIFURCATION OF PROCEEDINGS**

Having considered the representations of the parties' jointly-submitted Consent Motion for Bifurcation of Proceedings, the Court hereby ORDERS that this action shall be bifurcated for purposes of determining liability and calculating damages.  The parties shall submit briefing to the Court on the question of liability in accordance with the briefing schedule approved by this Court on February 2, 2006.  The parties shall thereafter, as necessary, submit briefing on the issue of damages in accordance with the instruction of the Court.

Done at chambers this _____ day of _____, 2006.

_____
The Honorable Ellen Segal Huvelle
U.S. District Judge