UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BANK OF NEW YORK,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 03-1221 (ESH) |
| ) | |
| **FEDERAL DEPOSIT INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
|       **Defendant.** ) | |
| _____) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Judgment as to Liability [#60] is **DENIED** and defendant's Motion for Judgment on Count Six [#67] is **GRANTED**.  Defendant's Motion for Reconsideration of Magistrate Judge's May 19, 2006 Memorandum Order on Costs [#64] is **DENIED**.  The above-captioned case is hereby dismissed with prejudice.

                                                                                                                                                                                                                                                                                                                                                                               s/
                                                                       ELLEN SEGAL HUVELLE
                                                                       United States District Judge

Date: September 27, 2006